MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ANTOINE VINCENT,                                :

                Plaintiff,                       :       STIPULATION AND
                                                         ORDER OF DISMISSAL
       - v. -                                 :
                                                 :       08 Civ. 2149 (HB)

MARY ANN GANTNER, District Director,
U.S. Citizenship and Immigration Services,
New York District,                              :

                Defendant.                       :
-----------------------------------------------------------------x

       IT IS STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action be, and hereby is, dismissed without prejudice and without costs or attorney's fees to any party, subject to plaintiff's right to *applys to* reinstate the action within 90 days of the entry of this stipulation and order, by written notice to the Court, upon 10 days' prior notice to the United States Attorney's Office for the Southern District of New York, if United States Citizenship and Immigration Services has not reopened plaintiff's adjustment application before that date.

Dated:   Brooklyn, New York
        April ___, 2008

LUBINER & WEISS, PC
Attorneys for Plaintiff

By: _____
DONALD. J WEISS, ESQ.
26 Court Street
Brooklyn, NY 11242
Tel. No. (718) 596-9122

Dated:   New York, New York
        April ___, 2008

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By: _____
F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

_____ 5/12/08
HON. HAROLD BAER
UNITED STATES DISTRICT JUDGE